AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

**FILED APR 11 2011**
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARIE MINICHINO
    Plaintiff (s),
V.

WELLS FARGO BANK. N.A.. AND DOES 1 TO 10
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-CV 01030 LB SI

Notice is hereby given that, subject to approval by the court, __MARIE MINICHINO__ (Party (s) Name) substitutes

__MARIE MINICHINO__ (Name of New Attorney), State Bar No. __PRO SE__ as counsel of record in

place of __DENNIS YAN (SBN 257854)__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: MARIE MINICHINO, by: Marie Minichino, Agent & Partner

Address: PO Box 1217 Port Townsend, Washington 98368

Telephone: 619-259-3428 /808-   Facsimile: 360-631-5568

E-Mail (Optional): offshoreglobal@gmail.com

I consent to the above substitution.
Date: 4/7/2011
*/s/ Marie Minichino*
(Signature of Party (s))
MARIE MINICHINO

I consent to being substituted.
Date: 4/7/2011
BY FAX /S/DENNIS YAN
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:
MARIE MINICHINO
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 4/15/11
*/s/ Susan Illston*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## PROOF OF SERVICE

I, BRUCE A. LEWIS©, All rights & remedies reserved, by: Bruce A. Lewis, Agent, do hereby declare that a true and correct copy of the foregoing/following instrument(s) was served the interested parties, all listed Respondents/DEBTORS, courts, and/or their agent(s), including even third party agents / attorn-eys, et al., and/or as ENTITIES & PERSONS addressed below as follows:

WELLS FARGO BANK/WACHOVIA
D/B/A:WORLD SAVINGS BANK
P.O. BOX 659548
SAN ANTONIO, TX 78265-9548

WACHOVIA MORTGAGE
VANESSA PEREZ
P.O. BOX 659558
SAN ANTONIO, TX 78265-9558

MARK FLEWELLING/
TRUDI FOUTTS LOH
199 S. LOS ROBLES AVE.
SUITE 600
PASADENA, CA 91101-2459

✓ U.S. DISTRICT COURT CLERK
UNITED STATES DISTRICT COURT
450 Golden Gate Avenue
San Francisco, CA 94102-3489

I, Bruce A. Lewis, Agent, hereby declare under penalty of perjury and under Authority, signed in blue ink below, on the date of the execution of this instrument, that the foregoing attached instrument(s), all herein incorporated were mailed by me, I myself, under the common-law mailbox rule; the doctrine of [**Houston v. Lack**, 487 U.S. 266 (1988); and under **Restatement (Second) of Contracts**, section 63, affirmed in **Huizar v. Carey**, 273 F. 3d 1220 (9th Cir. 2001)], stating: ("In contract law, once an offer is made, acceptance is effective when put in the mail, and the offer cannot thereafter be revoked; rule applies even if the mail never arrives"), **Id.**.: Satisfying due process [See for reference **Mennonite Bd. Of Missions v. Adams**, 462 U.S. 781 (1983); **United States v. Clark,** 84 F. 3d 378 (10th Cir. 1996); **Maxwell v. Downes**. 68 F. 3d 1030 (6th Cir. 1995); **Williams v. United States D.E.A**., 51 F. 3d (7th Cir. 1995); It is even irrelevant if the mail is returned "unclaimed" or "unknown". (for reference see **Serit v. Drug Enforcement Administration**, 987 F. 2d 10, 14 (1st Cir. 1993)]. This and any prior mailings is pursuant *[**15 U.S.C.**], (* see attached page entitled **APPENDIX A**). It is self-evident you are so Notified pursuant to Law and are under contarct(s) in Commerce to preform or owe damages in lawful funds, Gold/Silver species coins or (USD). Executed the **7th** day of **April 7, 2011** under Authority [**28 USC 1746(1)**].

*[signature]*
by: Bruce A. Lewis, Agent  UCC 1-207, 1-201(25)(b),1-308
All rights & remedies reserved UCC 1-103, 1-203, 1-208

Cc./ MARIE MINICHINO
   Internal Revenue Service
   File (accounts receivable)