IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE MINICHINO,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.

        Defendants.

No. C 11-01030 SI

**ORDER VACATING HEARING DATE AND CASE MANAGEMENT CONFERENCE; AND ORDER TO FILE RESPONSE**

Defendants' motions to dismiss and strike, which were filed on June 30, 2011, are currently set for hearing on August 12, 2011. Pursuant to Local Rule 7-3, plaintiff's responsive pleadings were due fourteen days after June 30, 2011, or July 14, 2011. Plaintiff has not filed an opposition or non-opposition to those pending motions, nor has she communicated with the Court in any way concerning them.

Consequently, IT IS ORDERED that on or before **August 12, 2011**, plaintiff shall file an opposition or other response to the pending motions. If plaintiff fails to file a response on or before August 12, 2011, the Court will DISMISS this case without prejudice for failure to prosecute pursuant to Fed. R. Civ. Proc. 41(b). The hearing currently set for August 12, 2011 is VACATED, and will be reset as/if necessary.

The Case Management Conference currently scheduled for August 12, 2011 at 2:30 p.m. is likewise VACATED, and will be reset as/if necessary.

**IT IS SO ORDERED.**

Dated: August 4, 2011

                                                  SUSAN ILLSTON
                                                  United States District Judge