**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE MINICHINO, | No. C 11-01030 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, N.A., et al. | |
| Defendants. | |

The complaint has been dismissed for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 7, 2011

SUSAN ILLSTON
United States District Judge